## DUNLAP ET AL. *v.* OHIO.

No. 288.   Decided October 21, 1963.

*Melvin Schaengold* for appellants.

*William S. Mathews* and *Calvin W. Prem* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## STOVER ET VIR *v.* NEW YORK.

No. 313.   Decided October 21, 1963.

*Morris L. Ernst* for appellants.

*Anthony T. Antinozzi* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.